IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES                                                                                    PLAINTIFF

v.                                        Case No. 2:13-CR-20007

ALEJANDRO MIRANDA-BAHENA                                                      DEFENDANT

## **O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 14) filed in this case on February 25, 2013, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter. (Doc. 13).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is ADOPTED excepting only the following statements, which the undersigned believes were erroneously included in the Report and Recommendation:

- The Court does not adopt any finding by the Magistrate that the plea agreement in this case includes a concession by the Government to dismiss any counts nor that the plea agreement includes any agreement by Defendant to forfeit any assets.

- The Court does not adopt any statement by the Magistrate that the plea in this case is subject to final approval by United States District Judge Jimm Larry Hendren. Rather, the case has been assigned to, and is subject to the final approval of, the undersigned.

In all other respects, the findings and recommendations of the Magistrate are adopted as this

Court's findings. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's guilty plea is accepted and the written plea agreement is tentatively approved, subject to final approval at sentencing.

  IT IS SO ORDERED this 27th day of February, 2013.


              /s/ P. K. Holmes, III
              P.K. HOLMES, III
              CHIEF U.S. DISTRICT JUDGE